NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PROVISUR TECHNOLOGIES, INC.,**
*Plaintiff-Appellee*

**v.**

**WEBER, INC., TEXTOR, INC., WEBER MASCHINENBAU GMBH BREIDENBACH, TEXTOR MASCHINENBAU GMBH, WEBER MASCHINENBAU GMBH NEUBRANDENBURG,**
*Defendants-Appellants*

---

2023-1438

---

Appeal from the United States District Court for the Western District of Missouri in No. 5:19-cv-06021-SRB, Judge Stephen R. Bough.

-------------------------------------------------

**PROVISUR TECHNOLOGIES, INC.,**
*Plaintiff-Appellant*

**v.**

**WEBER, INC., TEXTOR, INC., WEBER MASCHINENBAU GMBH BREIDENBACH, TEXTOR MASCHINENBAU GMBH, WEBER MASCHINENBAU GMBH NEUBRANDENBURG,**
*Defendants-Appellees*

---

2023-1476

---

Appeal from the United States District Court for the Western District of Missouri in No. 5:19-cv-06021-SRB, Judge Stephen R. Bough.

---

## ON MOTION

---

## O R D E R

The parties submit a joint stipulation for voluntary dismissal of Appeal No. 2023-1476 with each party to bear its own costs in connection with that appeal, which the court construes as a motion to voluntarily dismiss that appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.  Appeal No. 2023-1476 is dismissed, and the revised official caption is reflected above.

(2) Each side shall bear its own costs in connection with Appeal No. 2023-1476.

(3) The reply brief remains due no later than September 1, 2023.

(4) The Clerk of Court shall transmit a copy of this or-

der to the merits panel assigned to this case.

FOR THE COURT

August 22, 2023                              /s/ Jarrett B. Perlow
        Date                                 Jarrett B. Perlow
                                             Clerk of Court

ISSUED AS A MANDATE (as to Appeal No. 2023-1476 only): August 22, 2023